UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE J. LONG,

                          Plaintiff,

    vs                                           6:03-CV-626

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
1300 Floyd Avenue
Rome, New York 13440-4600

HON. GLENN T. SUDDABY                 WILLIAM H. PEASE, ESQ.
United States Attorney                     Assistant U.S. Attorney
   Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff filed this action in May 2003, seeking judicial review of the denial of Social Security benefits.  By Report-Recommendation dated November 5, 2007, the Honorable George H. Lowe, United States Magistrate Judge, recommended that this matter be remanded to the Commissioner for further proceedings consistent with the Report-Recommendation.  No objections have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   January 14, 2008
         Utica, New York.